# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK LAMAR KING,**  Petitioner | No. 3:13cv2045 |
| v. | (Judge Munley)  (Magistrate Judge Schwab) |
| **WARDEN BRENDA TRITT,**  Respondent | |

## ORDER

**AND NOW**, to wit, this 24th day of June 2014, it is hereby **ORDERED** as follows:

1) Magistrate Judge Schwab's report and recommendation (Doc. 32) is hereby **ADOPTED**;

2) Petitioner's objections (Doc. 33) are **OVERRULED**;

3) There is no probable cause to issue a certificate of appealability.

4) The Clerk of Court is directed to close this case.

**BY THE COURT:**

**s/ James M. Munley**

**JUDGE JAMES M. MUNLEY**
**United States District Court**